# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0903

VERSUS

WESTLY BROWN                                          **NOVEMBER 19, 2020**

---

In Re:     Westly Brown, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No.
           unknown.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.** For relator to seek review of the district
court clerk's office refusal to file his pro se pleading, he
must first institute civil proceedings at the trial court level
for a writ of mandamus against the Clerk of Court. See La. Code
Civ. P. arts. 3861 et seq.

                                **JMM**
                                **AHP**


   **Holdridge, J.,** dissents and would grant the writ
application to order the Washington Parish Clerk to file the pro
se petition for a writ of habeas corpus. The Clerk of Court
does not have the authority to refuse to file a pleading based
on his interpretation of the law.


COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
          FOR THE COURT